UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD HOFFEDITZ, | CIVIL ACTION |
| Plaintiff, | 2:09-CV-70103 |
| v. | Honorable Eduardo C. Robreno |
| FORD MOTOR COMPANY, ET AL. | |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Kindly substitute the appearance of Edward T. Finch, Esquire for the appearance of Elizabeth A. Weill, Esquire on behalf of Defendant, Ford Motor Company.

Respectfully submitted,

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

By: _____
Elizabeth A. Weill, Esquire
Attorney I.D. No. 62779
Veronica M. Nelson, Esquire
Attorney I.D. No. 200095
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
(215) 851-8400 (Phone)
(215) 851-8383 (Facsimile)

Attorney for Defendant
Ford Motor Company.

Dated: November 16, 2009

## **CERTIFICATE OF SERVICE**

I, Veronica M. Nelson, hereby certify that on November 16, 2009, caused a true and correct copy of the foregoing Notice of Substitution of Counsel to be served via first class mail, postage prepaid upon the following counsel of record:

>Joseph Kernen, Esq.
>James J. Gross, Esq.
>Nancy S. Rappaport, Esq.
>Kevin W. Rethore, Esq.
>DLA Piper LLP
>2 Tower Center Boulevard
>Suite 1600
>East Brunswick, NJ 08816-1100
>Ph: 215-656-2416
>Fax: 215-656-3301
>james.gross@dlapiper.com.
>
>*Attorneys for AM General, LLC*
>
>
>Michelle S. Hydrusko, Esq.
> Joseph P. LaSala, Esq.
>McElroy, Deutsch, Mulvaney & Carpenter, LLP
>1300 Mount Kemble Ave.
>Morristown, NJ  07962-8100
>973-993-8100
>973-425-0161- fax
>mhydrusko@mdmc-law.com.
>
>*Counsel for Arvin-Meritor, Inc.*
>
>Nora J. Grimbergen, Esq.
>Marc S. Gaffrey, Esq.
>Hoagland, Longo, Moran,
>Dunst & Doukas, LLp
>40 Paterson St.
>P.O. Box 480
>New Brunswick, NJ 08903
>Ph: 732-545-4717.
>Fax: 732-545-4579
>hoagland¬asbestos@hoaglandlongo.com

*Attorneys for Borg Warner Morse TEC, f/k/a Borg Warner; National Gasket*

Mary S. Cook, Esq.
Wilbraham, Lawler & Buba
24 Kings Highway West
Haddonfield, NJ 08033-2122
Ph: 856-795-4422 Fax: 856-795-4699
mcook@wlbdeflaw.com

*Attorneys for Cummins, Inc.*

Steven A. Weiner, Esq.
O'Toole Fernandez Weiner Van Lieu, LLC
60 Pompton Avenue, 2nd Floor
Verona, NJ 07044
Ph: 973-239-5700
Fax: 973-239-3400
mfeola@ofwvlaw.com (Paralegal)

*Attorneys for Dana Corp., individually and as successor to Victor Gaskets*

Ethan D. Stein, Esq. Gibbons, PC
One Penn Plaza, 37th floor
New York, New York 10119-3701
Ph: 212-613-2041
Fax: 212-554-9677
estein@gibbonslaw.com

*Attorneys for Honeywell International, Inc. as successor to the Bendix Corporation*

Susan B. Fellman, Esq.
Breuninger-& Fellman
1829 Front St.
Scotch Plains, NJ 07076
Ph: 908-7490-9900
Fax: 908-490-9950
sfellman@comcast.net  Attorneys for National

*Attorneys for National Automotive Parts Association (NAPA), a/k/a Genuine Parts Company*

3

Mark Debrowski, Esq.
Smith Abbot, LLP
48 Wall Street, Suite 1100
New York, NY 10005
Ph: 212-981-4501
Fax: 212-981-4502
mdebrowski@smithabbot.com

*Attorneys for Pneumo-Abex, LW, as successor-in-interest to Abex Corporation f/k/a*
*American Brake Shoe Company*

Brian R. Ade, Esq.
Rivkin Radler, LLP
21 Main Street, Suite 158
Court Plaza South - West Wing
Hackensack, New Jersey 07601
Ph: 201-287-2460
Fax: 201-489-0495
brian.ade@rivkin.com

*Attorneys for Setco Automotive, N.A., Inc., a/k/a Setco Lipe Clutch*

Richard P. O'Leary, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
Ph: 973-622-4444
Fax: 973-624-7070
roleary@mccarter.com

*Attorneys for Standard Motor Products, Inc. a/k/a EIS Brake Parts*

_____
Veronica M. Nelson

M0772883